UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

D.B., a minora minor, by and
through his mother and
natural guardian, A.T.,

       Plaintiff,

  vs.                            ORDER ADOPTING
                              REPORT AND RECOMMENDATION

NICKOLAS HARGETT, in his
individual capacity and in his
official capacity as an employee
of Independent School District 31;
and INDEPENDENT SCHOOL
DISTRICT 31,

       Defendants.                 Civ. No. 13-2781 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That Plaintiff's 42 U.S.C. § 1983 claim in Count I of Plaintiff's Complaint against Defendant Hargett in his official capacity is **DISMISSED with prejudice**.

    2.    Plaintiff's <u>Monell</u> claim in Count III of Plaintiff's Complaint against Defendant School District is **DISMISSED without prejudice**.

3. Defendant School District's motion to dismiss Count VII of Plaintiff's Complaint alleging vicarious liability against Defendant School District for state law torts committed by its employee, Defendant Hargett, is **DENIED without prejudice**.

DATED: April 7, 2014              s/Michael J. Davis
At Minneapolis, Minnesota         Michael J. Davis, Chief Judge
                                  United States District Court